IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SIMPLOT AB RETAIL SUB, INC., <br> *d/b/a Simplot Grower Solutions,* <br><br> Plaintiff, <br><br> v. <br><br> JAKE & HELEN REDECOP, <br> *a Mississippi General Partnership,* <br> JACOB ZACHIRIAS REDECOP, and <br> HELENA WALL REDECOP, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 5:22-CV-094-C |

## DEFAULT JUDGMENT

On this day, the Court considered Plaintiff SIMPLOT AB RETAIL SUB., INC., doing business as SIMPLOT GROWER SOLUTIONS ("Plaintiff") Motion for Default Judgment against Defendants Jake & Helen Redecop, a Mississippi General Partnership, Jacob Zachirias Redecop, and Helena Wall Redecop (collectively, "Defendants") in the above-styled and -numbered civil action pursuant to Federal Rule of Civil Procedure 55.

The Court determined that it has jurisdiction over the subject matter and the parties to the proceeding. Defendants, although having been duly and legally cited to appear and answer, failed to appear and answer, and wholly made default. The default of Defendants was entered on June 17, 2022. The Court finds that Plaintiff's Original Complaint and Summons were served on Defendants according to law. The Court has read the pleadings and the papers on file and is of the opinion that the allegations of Complaint have been admitted and that the claims are liquidated and that damages can be accurately calculated from the factual allegations in the Complaint and the written instruments attached to the Complaint.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that Plaintiff recovers judgment against Defendants for the principal sum of $83,881.99, accrued pre-judgment interest through May 28, 2022 in the amount of $13,634.75, expenses in the amount of $965.67, and attorney's fees in the amount of $7,875.00 for a total judgment of $106,357.41; plus post-judgment interest per annum from the date of this judgment forward until paid.

It is further **ORDERED, ADJUDGED, AND DECREED** that Plaintiff is allowed all writs and processes as may be necessary in the enforcement and collection of this judgment.

It is further **ORDERED, ADJUDGED, AND DECREED** that all relief not specifically granted herein is denied.

It is further **ORDERED, ADJUDGED, AND DECREED** that this judgment finally disposes of all claims and all parties and is appealable.

SO ORDERED.

Dated June 23, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE